IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH ORAZIO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:19-cv-02936-M |
| vs. | § | |
| | § | |
| NISSAN MOTOR ACCEPTANCE | § | |
| CORPORATION, | § | |
| Defendant. | | |

**NOTICE OF SETTLEMENT**

Notice is hereby given that Plaintiff and Defendant have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: June 16, 2021

                                                  Respectfully submitted,

                                                  s/ Russell S. Thompson, IV
                                                  Russell S. Thompson, IV
                                                  Thompson Consumer Law Group, PC
                                                  11445 E Via Linda, Ste. 2 #492
                                                  Scottsdale, AZ 85259
                                                  Telephone:    602-388-8898
                                                  Facsimile:    866-317-2674
                                                  rthompson@ThompsonConsumerLaw.com
                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2021, I filed the foregoing document with the Court using CM/ECF, thereby serving a copy of the same on Defendant, by and through counsel of record, as follows:

R. Dwayne Danner
ddanner@mcglinchey.com
Aaron B. Gottlieb
agottlieb@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
Three Energy Square
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
