IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH ORAZIO, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:19-cv-02936-M |
| vs. | § | |
| | § | |
| NISSAN MOTOR ACCEPTANCE | § | |
| CORPORATION, | § | |
| Defendant. | | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 21, 2021

Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
Thompson Consumer Law Group, PC
11445 E. Via Linda, Ste.2 #492
Scottsdale, AZ 85259
Telephone: 602-388-8898
Facsimile: 866-317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

s/ R. Dwayne Danner
R. Dwayne Danner
State Bar No. 00792443
ddanner@mcglinchey.com
Aaron B. Gottlieb
State Bar No. 24069815
agottlieb@mcglinchey.com
MCGLINCHEY STAFFORD, PLLC
Three Energy Square
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206
Phone: 214-445-2445
Facsimile: 214-445-2450
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2021, I filed the foregoing document with the Court using CM/ECF.

s/Russell S. Thompson, IV
Russell S. Thompson, IV
